# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| KRISTOPHER TONG,<br><br>        Plaintiff,<br>  v.<br>WELLS FARGO BANK, N.A.,<br><br>        Defendant.<br>_____/ | No. C 13-1828 MEJ<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

On May 14, 2013, the Court referred this foreclosure-related action to the ADR Unit for a telephone conference to assess the case's suitability for mediation or a settlement conference. As negotiations are ongoing, the Court VACATES the July 25, 2013 Case Management Conference. The parties shall file an updated joint status report upon completion of the ADR assessment process.

**IT IS SO ORDERED.**

Dated: July 18, 2013

                                                     _____
                                                   Maria-Elena James
                                                   United States Magistrate Judge