UNITED STATES DISTRICT COURT

Northern District of California

KRISTOPHER TONG,

         Plaintiff,

  v.

WELLS FARGO BANK, N.A.,

         Defendant.

_____/

No. C 13-1828 MEJ

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

On May 14, 2013, the Court referred this foreclosure-related action to the ADR Unit for a telephone conference to assess the case's suitability for mediation or a settlement conference. As negotiations are ongoing, the Court VACATES the July 25, 2013 Case Management Conference. The parties shall file an updated joint status report upon completion of the ADR assessment process.

**IT IS SO ORDERED.**

Dated: July 18, 2013

_____
Maria-Elena James
United States Magistrate Judge